AQUELINA v. PROVIDENT REALTY CO. OF NEW YORK.

(Supreme Court, Appellate Term. November 18, 1903.)

1. PROPOSED LEASE—DEPOSIT—RECOVERY.

Where a sum is deposited by one as a pledge of good faith in the making of a lease, he is entitled to recover it when, upon inspection, he refuses to execute the lease.

Appeal from Municipal Court, Borough of Manhattan.

Action by Nicola Aquelina against the Provident Realty Company of New York. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and BLANCHARD, JJ.

Townsend, Dyett & Levy, for appellant.

Ullo & Ruebsamen, for respondent.

PER CURIAM. The evidence in the case fails to show a meeting of the minds of the contracting parties on the terms of the proposed lease. No lease was executed, and no rents became due by virtue of it. The $200 was left by plaintiff with defendant as a pledge of good faith, and good faith on the part of the defendant demanded its return when, upon inspection, the plaintiff refused to execute the lease.

The judgment must be affirmed, with costs. All concur.